**ORIGINAL**

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Michael Gerber, 914-993-1958

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SILVIANO CHRISTMAN | ) | Case No. 14 MJ 233 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    SILVIANO CHRISTMAN                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Attempted Bank Robbery

Date: 2/3/14

_____
Issuing officer's signature

City and state:    White Plains, New York            Honorable Lisa Margaret Smith, USMJ, SDNY
                                                                                *Printed name and title*

### Return

This warrant was received on *(date)*  2/3/14  , and the person was arrested on *(date)*  2/4/14
at *(city and state)*  City of Poughkeepsie, NY

Date:  2/4/14

_____
Arresting officer's signature

Detective David Fernandez
*Printed name and title*