```
UNITED STATES DISTRICT COURT                                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :    INFORMATION
                                   :
          - v. -                   :    14 Cr. 236 (CS)
                                   :
SILVIANO CHRISTMAN,                :
                                   :
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - - x
```

### COUNT ONE

The United States Attorney charges:

1.  On or about January 29, 2014 in the Southern District of New York, SILVIANO CHRISTMAN, the defendant, knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, CHRISTMAN attempted to rob a branch of Chase Bank on Main Street in Poughkeepsie, New York.

(Title 18, United States Code, Section 2113(a).)

### COUNT TWO

The United States Attorney further charges:

2.  In or about December 2013, in the Southern District of New York and elsewhere, SILVIANO CHRISTMAN, the defendant, knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution, the deposits of

which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, CHRISTMAN cashed counterfeit checks at multiple branches of Citizens Bank in the Southern District of New York and elsewhere.

(Title 18, United States Code, Section 1344.)

### COUNT THREE

The United States Attorney further charges:

3. On or about January 7, 2014, in the Eastern District of New York, SILVIANO CHRISTMAN, the defendant, knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, CHRISTMAN attempted to cash a counterfeit check at a branch of Capital One bank in the Eastern District of New York.

(Title 18, United States Code, Section 1344.)

FORFEITURE ALLEGATION

4.   As the result of committing the offenses alleged in Count Two and Count Three of this Information, SILVIANO CHRISTMAN, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting or derived from proceeds obtained directly or indirectly as a result of the offenses, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses.

Substitute Assets Provision

5.   If any of the above-described forfeitable property, as a result of any act or omission of SILVIANO CHRISTMAN, the defendant—

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any

3

other property of CHRISTMAN up to the value of the forfeitable property.

(Title 18, United States Code, Section 982.)

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**SILVIANO CHRISTMAN,**

**Defendant.**

### INFORMATION

14 Cr.

(18 U.S.C. §§ 2113(a), 1344.)

PREET BHARARA
United States Attorney.